Page: 1

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-74704 WLH  
**Case Name:** COLE, CAROLYN  

**Period Ending:** 09/30/15

**Trustee:** (300001)   Robert Trauner  
**Filed (f) or Converted (c):** 12/18/14 (f)  
**§341(a) Meeting Date:** 01/15/15  
**Claims Bar Date:** 06/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 5,459.00 | 0.00 | | 0.00 | FA |
| 2 | BB&T Checking<br>Imported from original petition Doc# 1 | 86.66 | 0.00 | | 0.00 | FA |
| 3 | Furniture, personalty, computer, etc.<br>Imported from original petition Doc# 1 | 4,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry, Kate Spade Watch<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Taurus 38-Special Revolver, Golf Clubs, Weights<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Pario, Inc. (Filed for Bankruptcy)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Helen Cleveland Discovery Sanction<br>Imported from original petition Doc# 1 | 1,212.00 | 0.00 | | 0.00 | FA |
| 9 | Pario, Inc. Debt to Debtor<br>Imported from original petition Doc# 1 | 1,150,000.00 | Unknown | | 0.00 | Unknown |
| 10 | Preference/Fraudulent conveyance Action  (u)<br>Adversary #15-05167 settled for $36,000. Adv closed 6/23/15 | 0.00 | 36,000.00 | | 36,000.00 | FA |
| **10** | **Assets**    **Totals**  (Excluding unknown values) | **$1,162,457.66** | **$36,000.00** | | **$36,000.00** | **$0.00** |

Printed: 10/20/2015 03:34 PM    V.13.25

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 14-74704 WLH | Trustee: | (300001) Robert Trauner |
| Case Name: | COLE, CAROLYN | Filed (f) or Converted (c): | 12/18/14 (f) |
| | | §341(a) Meeting Date: | 01/15/15 |
| Period Ending: | 09/30/15 | Claims Bar Date: | 06/18/15 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee has settled a preference claim against debtor's parents. Trustee's counsel is investigating potential avoidance actions and the consolidation of this case with the case of Pario, Inc, 14-74703-mgd, a corporation wholly owned by the debtor.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015        **Current Projected Date Of Final Report (TFR):** December 31, 2016

Printed: 10/20/2015 03:34 PM        V.13.25

# Form 2

# Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-74704 WLH | | Trustee: | Robert Trauner (300001) |
|---|---|---|---|---|
| Case Name: | COLE, CAROLYN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0666 - Checking Account |
| Taxpayer ID #: | **-***0999 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/15 | {10} | Ragsdale, Beals | Settlment of preference claim against Joann Cole per 5/27/15 order. | 1241-000 | 36,000.00 | | 36,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 35,990.00 |
| | | | **ACCOUNT TOTALS** | | **36,000.00** | **10.00** | **$35,990.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **36,000.00** | **10.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,000.00** | **$10.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0666** | 36,000.00 | 10.00 | 35,990.00 |
| | $36,000.00 | $10.00 | $35,990.00 |

{} Asset reference(s)